No. 91–1068. EDWARDS ET AL., DBA CARL EDWARDS & SONS STABLES v. UNITED STATES DEPARTMENT OF AGRICULTURE. C. A. 11th Cir. Certiorari denied.

No. 91–1139. FRANKLIN SAVINGS ASSN. ET AL. v. DIRECTOR, OFFICE OF THRIFT SUPERVISION, ET AL. C. A. 10th Cir. Certiorari denied.

No. 91–1175. MORGAN v. COMMUNITY REDEVELOPMENT AGENCY OF THE CITY OF LOS ANGELES ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 91–1178. BASHAM v. BLANKENSHIP ET AL. Ct. App. Okla. Certiorari denied.

No. 91–1184. ERICKSON ET AL. v. DESERT PALACE, INC., ET AL. C. A. 9th Cir. Certiorari denied.

No. 91–1191. HECKER v. FRANKLIN NATIONAL BANK. C. A. D. C. Cir. Certiorari denied.

No. 91–1194. COMMITTEE OF UNSECURED CREDITORS v. MELLON BANK, N. A., ET AL. C. A. 3d Cir. Certiorari denied.

No. 91–1201. SHUTT v. SANDOZ CROP PROTECTION CORP. ET AL. C. A. 9th Cir. Certiorari denied.

No. 91–1204. ROBINSON v. SOUTH CAROLINA. Sup. Ct. S. C. Certiorari denied.

No. 91–1205. LAVERGNE v. CAMERON IRON WORKS. C. A. 5th Cir. Certiorari denied.

No. 91–1207. FRONT ROYAL & WARREN COUNTY INDUSTRIAL PARK CORP. ET AL. v. TOWN OF FRONT ROYAL, VIRGINIA, ET AL. C. A. 4th Cir. Certiorari denied.